# United States District Court
## Violation Notice

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WL6 | 9160705 | GOREE | 1297 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 02/12/2024 1735
Offense Charged: ☒ USC ☒ State Code
18 USC 13 Assimilative Crimes
LA RS 14:122 C (2)

Place of Offense: Overton Brooks VA Medical Center
510 E. Stoner Ave, Shreveport, LA 71101

Offense Description: Factual Basis for Charge
Public Intimidation and retaliation

### DEFENDANT INFORMATION
Last Name: Madden
First Name: David
MI: H

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: 300 Fannin Street, Shreveport, LA 71101
Date: 04/25/2024
Time: 0900

X Defendant Signature: [signed]

Original - CVB Copy
*9160705*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on February 12, 2024 while exercising my duties as a law enforcement officer in the Western District of Louisiana

At 5:35 pm, VA Police dispatch was notified that a patient threatened another patient on 1 west ward, Room 16. I, Lt Goree and Sgt Francis responded and contacted a nurse who heard the suspect patient say "I'm going to kill him", Referring to the victim patient. The nurse asked the suspect how was he going to do that and the suspect said "with my fists" and raised his fists in the air.

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: February 12, 2024   [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident